PROB 12B
(7/93)

Report Date: March 15, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 16 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Christi Lee Erickson              Case Number: 2:08CR02044-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 01/20/2009              Type of Supervision:   Supervised Release

Original Offense: Bank Fraud, 18 U.S.C. § 1344(2)   Date Supervision Commenced: 01/10/2012

Original Sentence: Supervised Release - 36 months   Date Supervision Expires: 01/09/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Based on Ms. Erickson history and pattern of fraudulent behaviors, she agrees and requested she be referred for a mental health assessment, evaluation and counseling services. This would assist her with learning new coping skills and hopefully she can avoid falling into old activities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2012
_____
s/Stephen Krous
_____
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/16/12
Date